[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-13605
Non-Argument Calendar

_____

D.C. Docket No. 5:12-cr-00011-IPJ-JEO-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANNY MICHAEL WILKES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(May 21, 2013)

Before HULL, WILSON and ANDERSON, Circuit Judges

PER CURIAM:

J. Brice Callaway, appointed counsel for Danny Wilkes in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed

a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967).   Our independent review of the entire record reveals that counsel's

assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wilkes's conviction and sentence are **AFFIRMED**.